UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAPTER 7 TRUSTEE, RICHARD A. BAUMGART

CONFERENCE CALL PROCEDURES FOR §341 MEETINGS

The 341 meetings scheduled for 4/27/2020 will be conducted by phone again and will continue in this fashion until further notice. The call in number is 866-873-0327. The passcode is 4255576#. Please call in and have your client call in at the scheduled time and mute your phones until your case is called.

In order to speed things up, please send the following items as early in advance of the meeting as possible:

- Driver's license or picture ID
- Social security card or W-2

It is preferable to send them through my portal as they will not be lost and should be immediately available. If you need an invitation to join my portal please contact my secretary Ann at Ann@dsb-law.com and she will send out an invitation.

Also please make sure your clients have the following items available **to them** at the time of the exam:

- A copy of the signed petition page
- A copy of the signed electronic declaration form
- The Trustee's notice regarding bankruptcy

Additionally, anyone wishing to conduct the exam via facetime, is acceptable as well, but please advise of the contact info in advance. **For debtors not represented by counsel**, if these items are not done in advance or facetime is not arranged, we will not be able to go forward at the scheduled time.

/s/Richard A. Baumgart
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, Ohio 44113-1902
Phone: (216) 696-6000
Fax: (2l6) 696-3338
Email: rbaumgart@dsb-law.com
Trustee